UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE WILLIAM SLOAN; BERT U. SLOAN; JOHN OMAR SLOAN; TAMMY SLOAN; DEANA SLOAN CAMPBELL; ALLEN SLOAN; MELODY SLOAN; JEFFREY SLOAN; GODFREY SLOAN; LINDA SLOAN; TASHEENA SLOAN; RACHEL SLOAN; ANGELA CAMPBELL; AARON CAMPBELL; ART GONZALEZ; GENE GONZALEZ, <br><br>Plaintiffs, <br><br>v. <br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF INDIAN AFFAIRS; DALE H. MORRIS, Pacific Regional Director, BIA; CRISTY TAYLOR; JOE SMITH; ATTA STEVENSON; GENEVIEVE CAMPBELL, <br><br>Defendants. | 2:08-cv-03070-GEB-GGH <br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE and FED. R. CIV. P. 4(m) NOTICE |

Plaintiffs' Status Report filed March 30, 2009, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for April 13, 2009, is continued to May 18, 2009, at 9:00 a.m. A further joint status report shall be filed no later than 14 days prior to the status conference.[1]

/ / /

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

Further, any defendant not served with process in this action on or before April 17, 2009, may be dismissed without prejudice under Fed. R. Civ. P. 4(m). To avoid dismissal, a proof of service shall be filed no later than April 20, 2009.

If Plaintiffs believe they have good cause to justify extension of Rule 4(m)'s 120-day service period for any Defendant, they shall file a declaration in which this is shown no later than April 17, 2009.

IT IS SO ORDERED.

Dated: April 4, 2009

GARLAND E. BURRELL, JR.
United States District Judge