IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENE WILLIAM SLOAN; BERT U.
SLOAN; JOHN OMAR SLOAN;
TAMMY SLOAN; DEANA SLOAN
CAMPBELL; TONYA SLOAN
RODRIGUEZ; ALLEN SLOAN;
MELODY SLOAN; JEFFREY SLOAN;
GODFREY SLOAN; LINDA SLOAN;
TASHEENA SLOAN; RACHEL SLOAN;
ANGELA CAMPBELL; AARON
CAMPBELL; ART GONZALEZ;
GENE GONZALEZ,

        Plaintiffs,

    v.

U.S. DEPARTMENT OF THE
INTERIOR; BUREAU OF INDIAN
AFFAIRS,

        Defendants.

02:08-cv-03070-GEB-GGH

<u>STATUS (PRETRIAL
SCHEDULING) ORDER</u>

The parties' Joint Status Report filed on May 4, 2009, states "this case will be resolved on motion and that a trial will not be necessary." Therefore, the status (pretrial scheduling) conference scheduled for May 18, 2009, is vacated and motions are scheduled as follows:

    1.    Defendants' motion to dismiss and/or motion for summary judgment shall be filed no later than July 20, 2009;

1

2. Plaintiffs' opposition and cross-motion for summary judgment shall be filed no later than August 10, 2009;
3. Defendants' reply and opposition to Plaintiffs' cross-motion shall be filed no later than August 24, 2009;
4. Plaintiffs' reply shall be filed no later than September 8, 2009;
5. The motions will be heard commencing at 9:00 a.m. on September 28, 2009, in Courtroom 10.

IT IS SO ORDERED.

Dated: May 14, 2009

GARLAND E. BURRELL, JR.
United States District Judge